Dear U.S. District Courts )  December 3, 2010

    Greetings! One short missive to purport a non-ending situation in prison. Enclosed are filed paper work to my trial Judge and to TDC also. I've been wired for over 2 years and as you will see enclosed it is senseless to keep me wired without freedom coming about. As soon as possible! This is a very very dangerous situation that is occuring in here and has been occuring and has also put people in the world in danger several times also and it needs to come to an end.

    My case had a new trial once before right about the time I became wired in 2008. Since then I've been turned on on every unit in texas supposedly and they've wired me in other units. Just being wired in prison creates and breeds serious danger. I've had several rulings upon my case and officers and TDC officials such as rank have been allowed to force me back from complete freedom several times over. Even from legal visits as they were termed because they were able to call them out during visits. (Options and settlements ect...)

Any speedy help you can give is much needed! Thank You!

Sincerely,
MARCUS DRUERY

*[signature]*

United States Courts
Southern District of Texas
FILED

DEC 0 7 2010

David J. Bradley, Clerk of Court