Marcus Druery
Polansky Unit
3872 FM 350 S
Livingston, TX 77351

United States District Court
Southern District of Texas
FILED

DEC  7 2010

David J. Bradley, Clerk of Court

Dec 3, 2010

RE: A Dangerous wired prison situation!

LAST JUDGE: Judge Langley

Dear Presiding Judge

I'm in danger <u>daily</u> by officers and inmates. Mostly officers because of them trying to create options for themselves. I was'nt wired for them to create themselves a pay check or option to have me for themselves and not to care what happens to me now and later. Especially after so many freedom options during the week and then on saturday visits. I was forced back from several options by these same officers. Rank included. I was instructed to jack slots, showers and rec's and then injured by these officers intentionally for no apparent reason. Worse is they refused to unwire me even to begin any of these options. How many options can be created from the same case???? In State and Federal courts I've had hourly monthly and minimal year sentences for the same case!

That was in 2009 and I could've paroled or went free by now several times. There was testimony that never came up at trial that was corroborated from people that never got to speak for various reasons. NOW; some witnesses may have been tampered with or have simply changed their stories or evidence may be being withheld. Sadly some people whom spoke on my case is a problem because they instructed or paid rank/officers to oleave me here during legal visits until they could create and guarantee them a settlement. The Tucker case was brought up which happened in 2001 and options for me to do time for it were created and I had <u>nothing</u> whatsoever to do with it. (Never areested nor charged either) Yet I fought w/ and defended several completely diff. people on or about the same date. Worst yet is the coutts threw out my case from 2002 which is 03-0001-CRF-85 and then I was held for these people to re-investigate Tucker '01 again which came up from other peoples statements who simply saw me in danger and did not know what happened themselves. I had several options to go through Brazos county and did as instructed and jacked slots, stayed in shower for 8 or 9 hours before or held a slot open for 2 days straight and then

did not get picked up from Brazos county due to TDC officials most times.
EX: Judge Langley gave me a 1 hr sentence and hospital visit & the county
to dispatch and pick me up to be released w/ settlement and I did as instru-
cted and jacked for it several times!

I've suffered severe malfeasance during this situation such a severe bleedin
and the refusal of medical attention after getting cut in slots or w/weopons
and getting gassed for two days straight without a real provocation.

A while ago I NEEN went to a legal visit with an attorney and psychologist
and the courts ruled in my favor (C.C.A. I think) and granted me a month in
the world and a 3 month misdermeanor sentence and every one on unit was
allowed to listen and afterwards I was forced back to a cell by a Sgt. named
Youngblood claiming she wanted me for herself and a settlement for herself.
She isn't a part of my case and I felt it was'nt right to stop me from a
granted ruling to walk out front door w/ attorneys for such a reason and
now cant even speak on my freedom right now. This is a grave mis-justice.
Rank nor officers should've been allowed to take my freedom like that.....

Both Judge Langley, Bill Turner (DA) and Jarvis Parsons (DA) from said
county made options for freedom with settlement not long ago. All I should've
had was one or the other. This has happened while on Jester 4 unit also
when I was forced back from the same type of options over there also by diff
officers the same way. Some officers and rank claimed they wanted me here
to look for money or enjoy money that people have spoken about during this
situation. Some rank even claimed they simply did'nt like me or my family.
Thats no reason to tamper with my case or freedom.

*PLEASE SEE FILED PAPER WORK ENCLOSED*

REMEDY: Make option for relief through county jail. Brazos county preferably
Sincerely,

MARCUS DRUERY

TEXAS DEPARTMENT OF CRIMINAL JUSTICE — **INSTITUTIONAL DIVISION**

# INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☐ *Unit Assignment, Transfer (Chairman of Classification, Administration Building)*

2. ☐ *Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)*

3. ☐ *Request for Promotion in Class or to Trusty Class (Unit Warden- if approved, will be forwarded to the Director of Classification)*

4. ☐ *Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78711)*

5. ☐ *Visiting List (Asst. Director of classification, Administration Building)*

6. ☐ *Parole requirements and related information (Unit Parole Counselor)*

7. ☐ *Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)*

8. ☐ *Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)*

TO: _____Rank_____     DATE: __11/4/10_____
            *(Name and title of official)*

ADDRESS: ____Rank_____

TDC is continually trying to give time or plea bargain for a case called '01 that I was never arrested nor charged for which is not legal. I'm innocent of all charges based on that case. I've been held here and abused after my case I came to prison for was thrown out several times. There was new evidence statements, with held evidence, innocence, self-defense and danger overly that did not come up at trial. There was no reason to bounce me back to '01 after I had been supposed to be released and then back to '02 when I was about to be released on it. '01 was never mine and I never knew Tucker and u as never even a witness. (Tucker is the supposed deceased in '01) My case needs to be thrown out or ruled upon asap please. If this isn't about my case then release me please b/c the courts gave me freedom on it but I wasn't released & being wired creates real danger.

Name: *Marcus Druery*   No: 999464   Unit: *Polunsky*

Living Quarters: 12-CC-30   Work Assignment: *N/A*

**DISPOSITION:** (Inmate will not write in this space)

Note: Some people spoke up before settlements even existed!

✩I-60 (Rev. 11-90)

TEXAS DEPARTMENT OF CRIMINAL JUSTICE — INSTITUTIONAL DIVISION

# INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ❑ *Unit Assignment, Transfer (Chairman of Classification, Administration Building)*

2. ❑ *Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)*

3. ❑ *Request for Promotion in Class or to Trusty Class (Unit Warden- if approved, will be forwarded to the Director of Classification)*

4. ❑ *Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78711)*

5. ❑ *Visiting List (Asst. Director of classification, Administration Building)*

6. ❑ *Parole requirements and related information (Unit Parole Counselor)*

7. ❑ *Inmate Prison Record (Request for copy of record, infor mation on parole eligibility, discharge date, detainers-Unit Administration)*

8. ❑ *Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)*

TO: _Rank_____    DATE: _12/2/10_____
(Name and title of official)

ADDRESS: _Rank_____

**SUBJECT:** *State briefly the problem on which you desire assistance.*

Several officers want me here to proclaim me guilty without knowing either way in order to find a settlement for themselves and claimed one wanted to get braced up or charged for assaulting me over and over in slurs ect ect ( txtured in cell, trans w/a camera, ect) and then hindering my freedom and forcing me from ruled upon legal visits when there were small sentences granted.

Worse is they put me against others intentionally all the time and create years worth of danger no matter what unit I go to. They asked me did I have back up protection after they forced a problem to ensue w/ other inmates. Even on other pods.

The danger in this situation is to great. They've already caused bodily harm intentionally on several different occassion without reason. Please grant freedom!

Name: Marcus Embery     No: 999846H     Unit: Polunsky

Living Quarters: 12-CC-30      Work Assignment: N/A

---

**DISPOSITION:** (Inmate will not write in this space)

☆I-60 (Rev. 11-90)



# Texas Department of Criminal Justice

## STEP 1     OFFENDER GRIEVANCE FORM

| OFFICE USE ONLY |
|---|
| Grievance #: _____ |
| Date Received: _____ |
| Date Due: _____ |
| Grievance Code: _____ |
| Investigator ID #: _____ |
| Extension Date: _____ |
| Date Retd to Offender: _____ |

Offender Name: **Marcus Druery**          TDCJ # **999464**

Unit: **Polunsky**          Housing Assignment: **12-CC-30**

Unit where incident occurred: **Polunsky**

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? **Several Ranks**          When? **Weekly**

What was their response? **Non-response or they don't know what 2 do about it!**

What action was taken? **None**

---

State your grievance in the space provided. Please state who, what, when, where and disciplinary case number if appropriate.

I've had several diff. options for several years worth of investigations and was not guilty of it. I had settlements for each ~~freed~~ and jacked slots, showers, rec's and visit rooms (per my instructions) 2 recieve one or the other. I've rec'd none of them! I simply request my freedom w/ settlement cause I was forced back from freedom and innocence over and over. I was then given a short sentence for guilt and still never recieved that either. It was the states invention to have me stay at a visit room table, dayroom, shower or hold a slot to recieve either of several options and instead only recieved injuries and suffered malfeasance, torture and misfeedings only to still be wired in a cell after I could've went home from prison by now from 85% of said options. The main problem was that they threw out one case and the tried to make me guilty for another instead of releasing me on the ones they threw out. Then they found that I was innocent. I've jacked over 100 times only to recieve neither option and only stayed bouncing back & forth between cases that's already been ruled upon or thrown out! Never before in the history of TDC has any had their case thrown out and then held in a cell while it was attempted to be given back over and over. If you look at it from a legal standpoint you'll see a grave injustice and a very harsh mis-use of a wired cell situation. The saddest part was I had complete freedom options w/ slots jacked or tables jacked and didn't recieve them simply because rank claimed they didn't know how to walk me out. It should've been simple. I'm simply doing day for day right now and should've been free long ago and worse yet is my cell is still wired; meaning they're still investigating when there is no more to investigate or capitalizing. No man is supposed to stay wired against his will and even more so wired this long. (since '08) I shouldn't have to jack anything else to recieve my freedom especially after these investigations were already made.

---

I-127 Front (Revised 9-1-2007)          **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**

(OVER)

Appendix F

**Action Requested to resolve your Complaint.**

Freedom with settlement needs to come to pass asap please!!! They have time to contact the proper authorities or parties to bring that to pass during the week before visits like it was done before or contact same Judges as before.

**Offender Signature:** _Marco Oneny_                                    **Date:** September 16, 2010

**Grievance Response:**

**Signature Authority:** _____   **Date:** _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:    *Resubmit this form when the corrections are made.**

☐ 1.  Grievable time period has expired.

☐ 2.  Submission in excess of 1 every 7 days. *

☐ 3.  Originals not submitted. *

☐ 4.  Inappropriate/Excessive attachments. *

☐ 5.  No documented attempt at informal resolution. *

☐ 6.  No requested relief is stated. *

☐ 7.  Malicious use of vulgar, indecent, or physically threatening language. *

☐ 8.  The issue presented is not grievable.

☐ 9.  Redundant, Refer to grievance # _____

☐ 10. Illegible/Incomprehensible. * _____

☐ 11. Inappropriate. *

**UGI Signature:** _____

I-127 Back (Revised 9-1-2007)

| OFFICE USE ONLY | |
| --- | --- |
| Initial Submission | UGI Initials: _____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |
| 2nd Submission | UGI Initials: _____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |
| 3rd Submission | UGI Initials: _____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |

Appendix F



# Texas Department of Criminal Justice

## STEP 1   OFFENDER GRIEVANCE FORM

**OFFICE USE ONLY**

Grievance #: _____

Date Received: _____

Date Due: _____

Grievance Code: _____

Investigator ID #: _____

Extension Date: _____

Date Retd to Offender: _____

Offender Name: ~~Marcus Druery~~   TDCJ # 999464

Unit: ~~Polunsky~~   Housing Assignment: ~~12-CC-30~~

Unit where incident occurred: ~~Polunsky & J4~~

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? ~~Rank~~   When? ~~Several times~~

What was their response? ~~None~~

What action was taken? _____

---

State your grievance in the space provided. Please state who, what, when, where and disciplinary case number if appropriate.

~~This situation is a very grievable issue because according to the rule book~~
~~I am in TDC with a most serious problem. The last grievance I sent in said~~
~~this isn't a grievable issue. (11-3-10 Grievance #2011039819)~~

~~I AM WIRED IN PRISON!!!!!!!!!!!!!!!~~

~~#2. I've been presumedly wired since Nov 2008 and may be in more danger simply~~
~~due to that.~~

~~#3. The courts ruled on my freedom several times during this situation. (Actual~~
~~attorney visits included) Also by jacking slots, dayrooms and or visit rooms.~~

~~Question: What courts have ruled since I came back here in July/Aug 2010 from~~
~~Jester 4 unit? Can I have my freedom back asap? NOTE: I only came back because~~
~~my safety was at hand after a few assaults & rank claimed Polunsky the only~~
~~unit I could go to and I was'nt here for the death penalty. I did'nt have the~~
~~death penalty on J4 unit and should'nt have been given the death penalty back~~
~~just because I came back to this unit.~~

~~#4. I beleive that by being here I have to have some kind of speedy ruling~~
~~or appealleate and I'm being held in limbo because officers do not want me~~
~~to be innocent based on all the assault/attacks and injuries and them forcing~~
~~me back from freedom options and inmates wanting my case to help theirs and~~
~~wanting me or my case to end the daeth penalty. People started saying I ain't~~
~~innocent for their own specific purposes and they're not witnesses...~~

---

I-127 Front (Revised 9-1-2007)   **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**

(OVER)

Appendix F

#5. They're continually investigating overly and holding me incarcerated while doing so is dangerous to myself and others. Especially when it has nothing to do with my case. Several people corroborated testimony on my case and it bought forth new evidence, statements and freedom. (Such as testimony N not in trial because witnesses did'nt speak and the use of several weopons instead of them claiming one weopon at trial)

**Action Requested to resolve your Complaint.**

Please grant my freedom because the constant dangling of my freedom in my face has become a serious pain and suffering and a form of torture. Especially after so many freedom options and short sentences have passed by while being held until they can be taken away or forced from them by false law suits, threats and TDC personel.

**Offender Signature:** _Marcus Drury_       **Date:** _Nov 25, 2010_

**Grievance Response:**




**Signature Authority:** _____       **Date:** _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:   *Resubmit this form when the corrections are made.**

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance #_____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

**UGI Signature:** _____
**I-127 Back** (Revised 9-1-2007)

| OFFICE USE ONLY | |
|---|---|
| Initial Submission | UGI Initials:_____ |
| Grievance #:_____ | |
| Screening Criteria Used:_____ | |
| Date Recd from Offender:_____ | |
| Date Returned to Offender:_____ | |
| **2nd Submission** | UGI Initials:_____ |
| Grievance #:_____ | |
| Screening Criteria Used:_____ | |
| Date Recd from Offender:_____ | |
| Date Returned to Offender:_____ | |
| **3rd Submission** | UGI Initials:_____ |
| Grievance #:_____ | |
| Screening Criteria Used:_____ | |
| Date Recd from Offender:_____ | |
| Date Returned to Offender:_____ | |

**Appendix F**

TEXAS DEPARTMENT OF CRIMINAL JUSTICE INSTITUTIONAL DIVISION

# INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☐ *Unit Assignment, Transfer (Chairman of Classification, Administration Building)*

2. ☐ *Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)*

3. ☐ *Request for Promotion in Class or to Trusty Class (Unit Warden- if approved, will be forwarded to the Director of Classification)*

4. ☐ *Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78711)*

5. ☐ *Visiting List (Asst. Director of classification, Administration Building)*

6. ☐ *Parole requirements and related information (Unit Parole Counselor)*

7. ☐ *Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)*

8. ☐ *Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)*

TO: _Leiutenants Tolly / Classification / Warden_
(Name and title of official)        DATE: _9/28/2010_

ADDRESS: _Leiutenants office_

SUBJECT: State briefly the problem on which you desire assistance

If I can't leave this unit w/ freedom intact then my county Judge needs to be contacted. They need to dispatch asap b/c TDC disallowed me to leave based on TDC wanting me to fight continuously w/ teams or officers based on TDC creating or continuing danger that was impossible for me 2 clear myself just by keeping me wired past my 1st freedom option. TDC claimed I needed to jack just to leave to those many options I had and I jacked a 100 times while still being forced back into a dangerous wired prior situation. Being unwired & not released will only end my life. I sit in a cell w/ no case, or small sentences like 8hr or 6wk sentences. (hourly & weekly sentences) and still wasn't released Free me asap! Please!

Name: Marcus Drury       No: 999464       Unit: Polunsky

Living Quarters: 12-CC-30       Work Assignment: N/A

DISPOSITION: (Inmate will not write in this space)

✩I-60 (Rev. 11-90)

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE INSTITUTIONAL DIVISION
# INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☐ *Unit Assignment, Transfer (Chairman of Classification, Administration Building).*

2. ☐ *Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)*

3. ☐ *Request for Promotion in Class or to Trusty Class (Unit Warden- if approved, will be forwarded to the Director of Classification)*

4. ☐ *Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78711)*

5. ☐ *Visiting List (Asst. Director of classification, Administration Building)*

6. ☐ *Parole requirements and related information (Unit Parole Counselor)*

7. ☐ *Inmate Prison Record (Request for copy of record, infor mation on parole eligibility, discharge date, detainers-Unit Administration)*

8. ☐ *Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)*

TO: _Warden (Fwd 2 Rank (1 or Major)_
(Name and title of official)          DATE: _11/16/10_

ADDRESS: _Warden_

Case 4:09-cv-00835  Document 28   Filed in TXSD on 12/07/10  Page 14 of 19

The State (or whomever is running the wires) has gotten me into it w/ over 17 to 20 people in one week. (November 7-19 2010) And several people in one day (11/11/15). I don't need any more danger to my life. Please unwire me and give me my option please. Thank You!

NOTE: I have been hit several times and this situation only creates more hits and danger. After being unwired I could only be hit seriously or killed. Why are my freedom options not being addressed? I've had many options over the last years so can I actually recieve one?

Name: Marcus Druery                    No: 979464          Unit: Polunsky

Living Quarters: 12-CC-30              Work Assignment:

DISPOSITION: (Inmate will not write in this space)

☆I-60 (Rev. 11-90)

TEXAS DEPARTMENT OF CRIMINAL JUSTICE INSTITUTIONAL DIVISION

# INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☐ Unit Assignment, Transfer (Chairman of Classification, Administration Building)

2. ☐ Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)

3. ☐ Request for Promotion in Class or to Trusty Class (Unit Warden- if approved, will be forwarded to the Director of Classification)

4. ☐ Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78711)

5. ☐ Visiting List (Asst. Director of classification, Administration Building)

6. ☐ Parole requirements and related information (Unit Parole Counselor)

7. ☐ Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)

8. ☐ Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)

TO: _Warden (or whomever runs these wires)_      DATE: _11/11/10_
(Name and title of official)

ADDRESS: _Warden_

**SUBJECT:** *State briefly the problem on which you desire assistance.*

The things spoken on over November 7-11 2010 is more than enough to free me. Why is it not ruled upon??? It was overly corroborated by several people/witnesses. Please rule on that speedily!

C.C.

Name: Marcus Druery     No: 999464     Unit: Polunsky

Living Quarters: 12-CC-30     Work Assignment: N/A

**DISPOSITION:** (Inmate will not write in this space)

☆I-60 (Rev. 11-90)

TEXAS DEPARTMENT OF CRIMINAL JUSTICE INSTITUTIONAL DIVISION

# INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☐ Unit Assignment, Transfer (Chairman of Classification, Administration Building)

2. ☐ Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)

3. ☐ Request for Promotion in Class or to Trusty Class (Unit Warden- if approved, will be forwarded to the Director of Classification)

4. ☐ Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78711)

5. ☐ Visiting List (Asst. Director of classification, Administration Building)

6. ☐ Parole requirements and related information (Unit Parole Counselor)

7. ☐ Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)

8. ☐ Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)

TO: _Warden/Rank_ _____ DATE: _11/12/10_

(Name and title of official)

ADDRESS: _Warden/Rank_ _____

I was told by rank to throw out my legal work for a 1 week sentence before I went to J4 unit. He said they did not want important legal documents in property & I threw 6-8 pg's away myself (only letters) & were normal legal briefs or letters to schulman & Ray Greenwood. I was being forced to J4 regardless even though I would've went to Huston County jail to be released instead of J4 but was sent to J4 anyways by a sergeant who sim said he needed copies of my legal work and for Regina Kelly to lose her option and attorney kit. I also had a Fea 3hr sentence. I was forced back here because this was supposedly the only unit I could go to due to wires/ resent situation and I had gotten stabbed on 3 different occasions and I was on J4 for 6 months. I had stay at table options/slot jacking options over there also. I was not sent back here to have a death sentence nor a life sentence, so it was probably wrong to send me to level 1 over here and I was I couldn't be unwired over there. I could've went thru G.P. quickly or Adseg. Wires need to end and Freedom be

Name: Marcus Druery   No: 999464   Unit: Polunsky

Living Quarters: 12-CC-30   Work Assignment: N/A

**DISPOSITION:** (Inmate will not write in this space)

Note: I could've went to G.P. Adseg on this same unit and bldg.!!!

☆I-60 (Rev. 11-90)



USA44
USA44

United States District Clerks Office
C/O David J. Bradley
Chief Dep. Clerk
Bob Casey U.S. Courthouse
5401 515 Rusk St.
Houston, TX 77002

David J. Bradley, Clerk of Court

DEC 07 2010

United States Courts
Southern District of Texas
FILED

77002-2600

*Marcus Druery #999464*
Marcus Druery #999464
Polunsky Unit
3872 FM 350 S.
Livingston, TX 77351