Dear Judge G. Miller

RECEIVED IN CHAMBERS
JUN 18 2013
_____ H. MILLER
_____

June 7, 2013

Your dire help is greatly needed! I am not guilty on this case and the evidentuary proof is not being filed. It was proven at trial and yet I was still convicted. So that I don't have to continually do the day for day suffering through a wrongful conviction can you help right this wrong? Thank you for your time!

Marcus Druery #999464
Polunsky Unit
3872 FM 350 S.
Livingston, Tx 77351

Sincerely,
Marcus Druery

Marcus Druery #999464
Polunsky Unit
3872 FM 350 S.
Livingston, Tx 77351



**RECEIVED IN CHAMBERS**

**JUN 18 2013**

**GRAY H. MILLER**
**U.S. DISTRICT JUDGE**

Dear Judge Gray Miller
U.S. District Courts
515 Rusk St
Houston, Tx 77002

JUN 1 8 2013

~~id J. Bradley, Clerk of C~~

7700262399