Dear Courts                                                August 12, 2013

   Greetings! I have been on the line in the unit as of late. There are several reasons for my life being on the line right now and it should not be.

   Some people are trying to steal the things I accomplished in life just because they just learned of them. (See attached page) There are witnesses to these things spoken on. Some people that knew of them are just now trying to use or have them. THEY KNOW ME TO BE "NOT GUILTY" ON THIS CASE! THEY DONT FIGHT FOR MY FREEDOM BUT INSTEAD TRY TO STEAL MY OLD CREATIONS.

   I've been attacked by witnesses on this case & some witnesses who did not come forward for my trial who also fought, attacked or shot the deceased on this case recently. They ask me not to go free because they want settlements for the deceased attacking them first. The problem s is they claim they fear me since they attacked me and did not want me home. Yet they still attack me daily. (Or have other inmates they claim to free one day do it for them.)

   My prior attorneys filed innocence claims, self-defense and evidence proof of the lack of a robbery on this case. (With evidence proof on each claim) The attorney I have now filed mental retardation to try to help others here to. Mental retardation verses innocence claims with the physical evidence backing it are two completely different things.

   Can these things be remedied as soon as possible. I also have the problem that I have'nt recieved all the proceeds for the things on the enclosed page and would like some help and protection to recieve, have and keep them. Thank you for your time!

                                                           Sincerely,
                                                           Marcus Druery

United States Courts
Southern District of Texas
FILED

AUG 1 4 2013

David J. Bradley, Clerk of Court



# * MY LEGACY *

BY: MARCUS DRUERY

1. I created many rap CD's and rappers, singers, song writers and models.

2. I created many movies by coming up with the ideas to them.

3. I created many wheels and rims such as Blades, 83's and 84's, Lion Heart Wheel Company, Falken Rims (designs) Morgana Wheels and many more.

4. I created and designed many vehicles: Late 80's Oldsmobile Cutlass, Late 80's Caddilac Fleetwood and 90's model Cadillac Fleetwood. Cadillac 16 [inspired the Maybach] Bugatti Veyron
80's and 90's Model Bentleys (2 & 4 door)
Cadillac X Escalade
Mercedes Maybach
2010 GMC Truck
Lamborgini (certain models)

Rolls Royce Phantom
Phantom Convertible
Chevrolet Camaro '08 & beyond
90-96 Lincoln Town Car
90-96 Chevrolet Caprice
Maserati (certain model)
And many more

5. I was a great Humanitarian who tried to protect society from the worlds worst calamities and iniquities. I made medicines, older medicines more effective, beauty products and facial cleansers.

6. I've had military training as a kid and did protection for the X greatest people such as Barak Obama& Family, Halle Berry, 2 Pac Shakur and many rappers, Ashanti Beyonce and family, Princes and magnates, Jenifer Lopez, P. Diddy, Suge Knight Vida Guerra, Tom Cruise & Katie Holmes, Brad Pitt, Gianni Versace & friends, Lisa Ray Rihanna and the list goes on...... Including Queen Elizabeth! The Popes since the 80's. (I sold my protection agency to Suge Knight at age 12 and was still the #1 agent he kept to do protection world wide. Begin at age 8 and sold at age 12. Special Thanks to Niecy Bell and Mary Druery and 2 Pac who helped me start it!)

Marcus Druery #999464
Polunsky Unit
3872 FM 350 S.
Livingston, TX 77351

U.S. District Court
C/O Clerk
PO BOX 61010
Houston, TX 77006

United States Courts
Southern District of Texas
FILED
AUG 14 2013
David J. Bradley, Clerk of Court